Law Library

# IN THE SUPERIOR COURT OF GUAM

EDWIN B. DYDASCO,                                 )
                                                  )     **SPECIAL PROCEEDINGS**
                                                  )     **CASE NO. SP158-11**
             Petitioner,                          )
                                                  )
      vs.                                         )
                                                  )
JOSE A. SAN AGUSTIN, Director,                    )
JOSEPH AFAISEN, DTSD                              )
Administrator, MARK T. PEREZ,                     )     **ORDER**
Caseworker and Sergeant, ANGUSTIA M.              )
SAN NICOLAS, Unit Manager, in their              )
official capacities GUAM DEPARTMENT              )
OF CORRECTIONS,                                   )
                                                  )
             Respondents.                         )
                                                  )
                                                  )
                                                  )

This matter came before the HONORABLE VERNON P. PEREZ on September 9, 2011 on Petitioner's Petition for Writ of Mandate and accompanying motions. Petitioner is *pro se* and is asking for the Court to appoint counsel, serve Respondents through the Marshals and allow Petitioner to proceed in forma pauperis. Respondents have not yet been served. Having reviewed the submissions, the Court now issues the following Order.

## ORDER

### Motion to Proceed In Forma Pauperis

Petitioner has put forth that he is confined at Department of Corrections (hereinafter "DOC"). Petitioner also explains that he maintains no steady job and has no income. Petitioner has satisfied his obligation to show that he is unable to pay the fees necessary to maintain this action.

### Motion for Service by Marshal

Where the Court allows a petitioner to proceed in forma pauperis, the Petitioner is "entitled to rely on the U.S. Marshal for service of the summons and complaint." *Puett v.*

---

*Edwin Dydasco v. The Jose A. San Agustin, et al.,*
Decision and Order
SP158-11

1

*Blandford*, 912 F.2d 270, 275 (9th Cir. 1990). Here, the Court will allow service by Marshal as the Court will allow Petitioner to proceed in forma pauperis as explained above.

**Motion for Appointment of Counsel**

In order to determine if the Court should appoint counsel, this Court will balance the following factors: (1) likelihood for success on the merits and (2) complexity of the issues. *See Jessy v. Palacios*, 2010 WL 3702452 (D. Guam). Here, the Court does find that Petitioner has a high likelihood to succeed as the Office of the Attorney General of Guam released a guidance memorandum to the DOC that explained Petitioner is eligible for work release. Exhibit 3 attached to Petitioner's Petition for Writ of Mandamus. The Court also finds that the issues are complex on account of Petitioner's inability to read, write or understand the inner workings of a request and subsequent processes for a writ of mandate. The circumstances surrounding this matter are sufficiently exceptional that this Court in its discretion finds the appointment of counsel to be appropriate.

## CONCLUSION

This Court GRANTS the Petitioner's Motions for Service by Marshal, Motion to Proceed In Forma Pauperis and Motion for Appointment of Counsel.

So **ORDERED** this ___ day of November, 2011.

NOV 16 2011

_____
HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full true and correct copy of the ORIGINAL on file in the Office of the Clerk of Court, Superior Court of Guam.

DATED: NOV 17 2011

_____
JERIMIE K. J. DONNAS
DEPUTY CLERK, Superior Court of Guam

*Edwin Dydasco v. The Jose A. San Agustin, et al.,*
Decision and Order
SP158-11

2